AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>RENE LOZA,<br>  aka "Rene Loza Zazueta," and<br>  "Rene Lozazazueta,"<br><br>Defendant. | Case No. 2:21-mj-03461-DUTY |

LODGED
CLERK, U.S. DISTRICT COURT
7/26/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB  DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
07/26/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: KL  DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 1, 2021, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(1) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts: *Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Carlos G. Ayala*
Complainant's signature

Carlos G. Ayala, Deportation Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 26, 2021

*Alicia G. Rosenberg*
Judge's signature

City and state: Los Angeles, California

ALICIA G. ROSENBERG
Printed name and title

UNITED STATES MAGISTRATE JUDGE

SAUSA: M. Chan

**AFFIDAVIT**

I, Carlos G. Ayala, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against RENE LOZA, also known as "Rene Loza Zazueta," and "Rene Lozazazueta" ("LOZA"), charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(1), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF DEPORTATION OFFICER CARLOS G. AYALA

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since September 2015. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field

office.  Prior to working for ICE as a DO, I worked as an Immigration Enforcement Agent with ICE since September 2005.

### III. STATEMENT OF PROBABLE CAUSE

4.  Based on my review of law enforcement reports, conversations with other law enforcement officers, and my own participation in the investigation, I learned the following:

5.  On or about July 1, 2021, the Law Enforcement Support Center ("LESC") received a tip that LOZA, a previously deported criminal alien, had illegally returned to the United States and was residing in the Sylmar area.  Based on this tip, DO Petrosyan conducted surveillance on LOZA's last known residence in Sylmar, California.

6.  On or about July 20, 2021, DO Petrosyan saw a man exiting the residence, and compared photographs contained in LOZA's DHS A-file to that of the man he saw exiting the residence, and determined that they were the same person.  Based on this comparison, DO Petrosyan determined that LOZA returned to the United States.

7.  Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

8.  On or about July 20, 2021, I obtained and reviewed DHS A-File A092-678-931, which is maintained for the subject alien

"RENE LOZA." The A-File contained the following documents and information:

      a. One executed Warrant of Removal/Deportation (Form I-205) indicating that LOZA was officially removed or deported from the United States on or about April 8, 2021. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed Warrant of Removal/Deportation in LOZA's DHS A-File contains a photograph, a signature, and fingerprint.

      b. A certified conviction record showing that LOZA was convicted on or about August 13, 2020, under the name "Rene Loza Zazueta," of Stalking, in violation of California Penal Code Section 646.9(b), in the Superior Court of the State of California, County of Los Angeles, Case Number GA106121, for which LOZA was sentenced to two years' imprisonment.

      c. A certified conviction record showing that LOZA was convicted on or about October 16, 2007, under the name "Rene Lozazazueta," of Battery with Injury on a Peace Officer, in violation of California Penal Code Section 243(c)(2), in the Superior Court of the State of California, County of Los Angeles, Case Number GA066621, for which LOZA was sentenced to 180 days' jail.

      d. Various documents, in addition to the Warrant of Removal/Deportation, indicating that LOZA is a native and

citizen of Mexico.  These documents include: (i) one Order of an Immigration Judge, dated May 8, 2018, ordering LOZA removed to Mexico; and (ii) one copy of a birth certificate, issued June 28, 1982, which states that LOZA is a native and citizen of Mexico.

9. On or about July 20, 2021, I reviewed the printouts of the Interstate Identification Index ("III").  Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's State Identification number or Federal Bureau of Investigation number.  The III printouts confirmed that LOZA had been convicted of the crimes reflected on the documents contained in LOZA's DHS A-File, described above.

10. On or about July 20, 2021, I reviewed the printouts of ICE computer indices on LOZA.  Based on my training and experience, I know that the ICE computer indices track and document each time an alien is removed or excluded from the United States by ICE, or deported by the former INS, or is granted permission to enter or re-enter the United States.  The ICE computer indices confirmed that LOZA had been removed and deported on the date indicated on the Warrant of Removal/Deportation found in LOZA's DHS A-File and described above.  The ICE computer indices further indicated that LOZA had not applied for, or obtained from, the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States legally since LOZA had last been deported.

11. Based on my review of LOZA's DHS A-File, I determined that his A-File does not contain any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in LOZA's DHS A-File.

### IV. CONCLUSION

12. For all the reasons described above, there is probable cause to believe that RENE LOZA has violated Title 8, United States Code, Sections 1326(a) and (b)(1), Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 26th day of
July, 2021.

*Alicia G. Rosenberg*
UNITED STATES MAGISTRATE JUDGE